UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ANDRE K. ANTROBUS,

       Plaintiff,

  -against-

CITY OF NEW YORK,
DEPARTMENT OF SANITATION,

       Defendants.
-----------------------------------------------------------X

NOT FOR PUBLICATION
**MEMORANDUM & ORDER**
11-cv-5434 (CBA) (LB)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 24 2014 ★
BROOKLYN OFFICE

**AMON, Chief United States District Judge.**

On September 9, 2013, Magistrate Judge Lois Bloom issued a Report and Recommendation ("R&R") recommending that defendants' motion to dismiss should be granted in part and denied in part. On October 10, 2013, the Court received a submission from pro se plaintiff Andre Antrobus objecting to Magistrate Judge Bloom's R&R. Antrobus does not appear to object to Magistrate Judge Bloom's application of the law, but states his concern that he will not be able to testify as to certain events that he believes serves as a "backbone or a foundation to show probabl[e] cause" for his claims. Defendants did not file objections. Having reviewed de novo those parts of the R&R to which Antrobus has objected, Arista Records, LLC v. Doe 3, 604 F.3d 110 (2d Cir. 2010), the Court now adopts the R&R as the Decision and Order of this Court. Accordingly, the defendants' motion to dismiss is granted in part and denied in part.

SO ORDERED.

Dated: March 24, 2014
   Brooklyn, N.Y.

            s/Carol Bagley Amon
            Carol Bagley Amon
            Chief United States District Judge